**(STAYED / JS-6 Admin)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LIXIA LIANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>　　　　Defendants. | No. 5:22-cv-1810-SSS-SPx<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge<br><br>**NOTE CHANGES MADE BY COURT** |

1   Having read and considered the Joint Stipulation to Stay the Case Pending
2   Adjudication of Application submitted by the parties, and finding good cause therefor,
3   IT IS HEREBY ORDERED that the instant action shall be **STAYED** November
4   24, 2023.
5   The parties are **DIRECTED** to file a Joint Status Report no later than **November
6   10, 2023**, advising the Court of the status of this action.
7   The Clerk is **DIRECTED** to close the case administratively.

Dated: December 14, 2022

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE